UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 3-2 (KPF) |
| FAROUK KUKOYI, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the petition of Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; and Greenwich Insurance Company for an ancillary hearing to adjudicate their interest in forfeited funds and assets derived from a fraud perpetrated by Defendant Farouk Kukoyi and his co-conspirators. (Dkt. #481).

The Government is hereby ORDERED to file a response to the petition on or before **November 6, 2023**.

SO ORDERED.

Dated:  October 23, 2023
        New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge