UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA
                                          :      FINAL ORDER OF FORFEITURE
          - v. -
                                          :      S1 20 Cr. 3 (KPF)
FAROUK KUKOYI,
          a/k/a "Face",                   :

                    Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about July 25, 2023, this Court entered a Consent Preliminary Order

of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (the "Substitute Assets

Order") (D.E. 470), which ordered the forfeiture to the United States of all right, title and interest of

FAROUK KUKOYI (the "Defendant") Defendant in, *inter alia*, the following assets as substitute assets:

    a.  $8,325 in United States currency, seized on or about December 10, 2019 from a residence in Beltsville, MD;

    b.  Miscellaneous Jewelry seized on or about December 10, 2019 from a residence in Beltsville, MD:

        i.    One necklace, 10kt yellow gold diamond tennis, with pave diamond "FACE" pendant;

        ii.    One men's Rolex wristwatch, stainless steel and 18kt yellow gold Oyster Perpetual Datejust with a non-Rolex bezel set with 52 diamonds, serial number 710570;

        iii.    One chain, chunky link 18kt yellow and white gold, with 10kt yellow gold and diamond Arabic "Allah" pendant, pave set with 290 round full-cut diamonds;

        iv.    One chain, 18kt yellow gold hollow curb link, measuring 34 inches long by 9.5mm wide;

        v.    One ring, 18kt yellow gold 13.5mm wide "chain link" with tiny white gold screw head detail;

        vi.    One bracelet, 18kt yellow gold hollow curb, measuring 9 inches long by 9.5 mm wide;

        vii.    One bracelet, 10kt yellow gold 8.5 inch long diamond tennis, set in 4-prong illusion settings with 57 round 2.2mm full-cut diamonds; and

        viii.     One single earring, 14kt yellow gold round pave diamond, measuring 7.5mm diameter, pave-set with 19 round full-cut diamonds

(a. and b., collectively, the "Substitute Assets");

WHEREAS, the Substitute Assets Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Assets, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on October 4, 2023 for thirty (30) consecutive days, through November 2, 2023 pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on June 17, 2024 (D.E. 510);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets have been filed;

WHEREAS, the Defendant is only individual and/or entity known by the Government to have a potential interest the Substitute Assets; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Substitute Assets is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Substitute Assets.

3.      The United States Department of Treasury shall take possession of the Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

The Clerk of Court is directed to terminate the pending motion at docket entry 511.

Dated: June 17, 2024
       New York, New York

SO ORDERED:

_____
The Honorable Katherine Polk Failla
United States District Judge